UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on December 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ryan and Vanessa Schill

| | |
|---|---|
| Case No.: | 24-19291 |
| Hearing Date: | 12/10/2024 |
| Judge: | Poslusny |
| Chapter: | 7 |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 10, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of _____Debtors_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 7 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev. 6/19/17*